DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**PAUL ERNEST VARCHETTI,**
Appellant,

v.

**JULIE ANNE VARCHETTI,**
Appellee.

No. 4D2022-2996

[November 16, 2023]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, Indian River County; Janet C. Croom, Judge; L.T. Case No. 312019DR000482.

Amy D. Shield and Roger Levine of Shield & Levine, P.A., Boca Raton, for appellant.

Kevin Rollin of Napier & Rollin, PLLC, Vero Beach, for appellee.

PER CURIAM.

*Affirmed.*

GROSS, GERBER and CONNER, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***